IZETTE M. ALGER *vs.* CITY OF BOSTON.

MARIAN A. KNIGHT & another *vs.* SAME.

IZETTE M. ALGER & another *vs.* SAME.

SAME *vs.* SAME.

Suffolk.     March 5, 1897. — May 24, 1897.

Present: FIELD, C. J., ALLEN, HOLMES, LATHROP, & BARKER, JJ.

*Change of Grade in Highway — Statute — Costs.*

A landowner, who has applied, under St. 1890, c. 428, and acts in amendment thereof, to the Superior Court for a jury to assess his damages sustained by a change of grade of a highway, and has obtained a verdict in his favor, is not entitled to costs.

FOUR PETITIONS to the Superior Court, under St. 1890, c. 428, and acts in amendment thereof, to recover damages to the petitioners' several estates by reason of the change of grade of West Fourth Street, in Boston. Trial in the Superior Court, before *Richardson*, J., who reported the cases for the determination of this court, in substance as follows.

After the jury in the Superior Court had returned verdicts in favor of all the petitioners, and judgment had been entered upon

them, the petitioners applied to the clerk to have their costs taxed, claiming in addition to the ordinary costs a large sum of money for expenses in the preparation of plans and the employment of experts upon the value of real estate. The clerk declined to tax any costs; the petitioners applied to the judge, who affirmed the decision of the clerk, and the petitioners appealed to this court.

*H. W. Chaplin*, for the petitioners.

*T. M. Babson*, for the respondent.

LATHROP, J. The St. of 1890, c. 428, makes no provision as to costs. It is well settled that, in proceedings of the nature of these before us, the general rules of law applicable to costs do not apply, and that unless costs are given in the statute under which such proceedings are brought, or in some general statute especially applicable to such proceedings, no costs can be awarded. *Commonwealth* v. *Carpenter*, 3 Mass. 268. *Hampshire & Hampden Canal Co.* v. *Ashley*, 15 Pick. 496. *Williams* v. *Taunton*, 126 Mass. 287. *Gifford* v. *Dartmouth*, 129 Mass. 135.

*Judgment accordingly.*